**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JOHN HOPKINS INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** | § § § § § § § § § | |
| | | **CIVIL ACTION NO.  6:23-cv-00633** |
| | | **COLLECTIVE ACTION UNDER 42 U.S.C. §216(b)** |
| **VS.** | § § § § | **JURY DEMANDED** |
| **EAST TEXAS ROOF WORKS & SHEET METAL, LLC AND JIMMY D. GORDON** | § § § | |

**<u>DECLARATION OF WILLIAM S. HOMMEL, JR.</u>**

Pursuant to 28 U. S. C. § 1746 William S. Hommel, Jr. declares as follows:

My name is William S. Hommel, Jr. I am competent to give this Declaration and this Declaration is based on my personal knowledge.

1.  On December 28, 2023 I caused the above-entitled and numbered cause to be filed in the Eastern District of Texas – Tyler Division.

2.  I retained the services of Collins Investigations which caused the Defendants to be served with the Complaint and Summons in this case. Collins Investigations perfected service on the Defendants and proof of services was filed with the Court on February 8, 2024.

3.  To date I have not received any responsive pleading from either Defendant, nor have I received and communication from counsel purporting to represent either Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on this 4th day of March, 2024 in Smith County, Texas.

_____
William S. Hommel, Jr.