## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **JOHN HOPKINS INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** | § § § § § § § § § | |
| | § | **CIVIL ACTION NO.  6:23-cv-00633** |
| | § § | **COLLECTIVE ACTION UNDER** |
| | § | **42 U.S.C. §216(b)** |
| | § | |
| **VS.** | § | **JURY DEMANDED** |
| | § § | |
| **EAST TEXAS ROOF WORKS & SHEET METAL, LLC AND JIMMY D. GORDON** | § § § § | |

### ORDER ON ENTRY OF DEFAULT & DEFAULT JUDGMENT

After considering plaintiff John Hopkins, Individually and on Behalf of All Others Similarly Situated request for entry of default and for default judgment against defendants, Est Texas Roof Works & Sheet Metal, LLC and Jimmy D. Gordon the affidavits, and other evidence on file, the court

FINDS the record supports entry of default and default judgment.  Therefore, the court ORDERS the clerk to enter default and default judgment on the issue of liability only against Defendant Est Texas Roof Works & Sheet Metal, LLC and Jimmy D. Gordon.