IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHN HOPKINS §<br>INDIVIDUALLY AND ON BEHALF §<br>OF ALL OTHERS SIMILARLY §<br>SITUATED §<br>§<br>§<br>§<br>§<br>§<br>VS. §<br>§<br>§<br>EAST TEXAS ROOF WORKS & §<br>SHEET METAL, LLC AND §<br>JIMMY D. GORDON § | CIVIL ACTION NO.  6:23-cv-00633<br><br>COLLECTIVE ACTION UNDER<br>42 U.S.C. §216(b)<br><br>JURY DEMANDED |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, John Hopkins, Individually and on Behalf of All Others Similarly Situated, Plaintiff in the above entitled and numbered cause and moves this Court to render a Final Default Judgment against the Defendant East Texas Roof Works & Sheet Metal, LLC and Jimmy D. Gordon, and in support thereof would show the Court the following:

1.  Plaintiff sued Defendants as a result of its failure to pay Plaintiff and all those similarly situated employees overtime wages. Defendants were duly served with process and the served citation has been on file with the clerk for more than 10 days. Defendants have failed to file a responsive pleading; therefore, the case is ripe for default.

2.  The damages set forth in Plaintiff's complaint are not liquidated; therefore, Plaintiff requests that the Court set a hearing for the purpose of hearing evidence regarding Plaintiff's damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court set a hearing for the purpose of hearing evidence regarding Plaintiff's damages in this case.

Respectfully submitted,

*/s/ William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
Hommel Law Firm, P.C.
5620 Old Bullard Road, Suite 115
Tyler, Texas  75703
(903) 596-7100 Telephone/Facsimile

ATTORNEY FOR PLAINTIFF