IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHN HOPKINS, § | |
| § | |
| § | CIVIL ACTION NO. 6:23-CV-00633-JCB-JDL |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| EAST TEXAS ROOF WORKS & SHEET § | |
| METAL, LLC, & JIMMY D. GORDON, § | |
| § | |
| Defendants. | |

## AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On March 11, 2024, the clerk of court entered default against Defendants at Plaintiff's request. (Doc. No. 8.) Plaintiff subsequently filed a motion for default judgment. (Doc. No. 10.) On April 17, 2024, the undersigned issued a report (Doc. No. 12) recommending that Plaintiff's motion for default judgment be granted and scheduling an evidentiary hearing to determine damages. At the hearing on Damages, Defendant Jimmy Gordon appeared without counsel and indicated a willingness to defend this action. Finding good cause to set aside the entry of default, the court subsequently issued an order vacating the clerk's entry of default (Doc. No. 20).

Accordingly, the court **WITHDRAWS** its previous report and recommendation (Doc. No. 12) and **SUBSTITUTES** this amended report and recommendation. Having vacated the clerk's entry of default, the Court **RECOMMENDS** that Plaintiff's motion for default judgment (Doc. No. 10) be **DENIED**.

Within fourteen (14) days after receipt of the Magistrate Judge's Report, any party may serve and file written objections to the findings and recommendations contained in the Report. A

1

party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

**So ORDERED and SIGNED this 13th day of June, 2024.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE